NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SE-KURE CONTROLS, INC.,**
*Plaintiff-Appellee,,*

**v.**

**VANGUARD PRODUCTS GROUP, INC.,
and TELEFONIX, INC.,**
*Defendants-Appellants.*

---

2011-1169

---

Appeal from the United States District Court for the Northern District of Illinois in Case No. 02-CV-3767, Judge Ruben Castillo.

---

**JUDGMENT**

---

RICHARD D. HARRIS, Greenberg Traurig, LLP, of Chicago, Illinois, argued for plaintiff-appellee. With him on the brief was HERBERT H. FINN. Of counsel was CAMERON M. NELSON.

LEE F. GROSSMAN, Grossman Law Offices, of Chicago, Illinois, argued for defendants-appellants. With him on the brief was MARK M. GROSSMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 21, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |